John R. Martin, appellee, v. R. H. McElroy, Jr., appellant. Gen. No. 38,273.

Opinion filed February 11, 1936.

John Tone Kelly and Andrew D. Collins, for appellant. Peter J. Hower, for appellee.

Mr. Justice Friend delivered the opinion of the court.

In re Estate of Anna Stahl et al., minors.

Casimir E. Midowicz, appellant, v. Anna Stahl et al., appellees. Gen. No. 38,347.

Opinion filed February 11, 1936. Rehearing denied February 24, 1936.

Roy D. Keehn and W. M. Keeley, for appellant. Ellis & Hackett, for appellees.

Mr. Justice Friend delivered the opinion of the court.

Ella Figas, defendant in error, v. Leo Figas, plaintiff in error. Gen. No. 38,102.

Opinion filed February 11, 1936.

O'Connell & O'Connell and George McMahon, for plaintiff in error. Arnold M. Ehrlich and Elwyn E. Long, for defendant in error.

Mr. Justice John J. Sullivan delivered the opinion of the court.